B088

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 20-101<br>(18 U.S.C. §§ 2251(a) and (e), and 2422(b)) |
| JOEY LEROY BARTON | [UNDER SEAL] |

## INDICTMENT

### COUNT ONE

The grand jury charges:

On or about March 28, 2019, in the Western District of Pennsylvania and elsewhere, the defendant, JOEY LEROY BARTON, knowingly attempted to and did employ, use, persuade, induce, entice, and coerce Minor A, a male child known to the grand jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, to wit a digital image depicting Minor A engaged in sexually explicit conduct, as those terms are defined in Title 18, United States Code, Section 2256, knowing or having reason to know that said visual depiction would be transported and transmitted using any means or facility of interstate commerce, and said visual depiction was transported and transmitted using any means and facility of interstate commerce, to wit from Minnesota, the state in which the image was created, to Pennsylvania.

In violation of Title 18, United States Code, Sections 2251(a) and (e).

FILED

JUN 03 2020

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## COUNT TWO

The grand jury further charges:

On or about March 28, 2019, in the Western District of Pennsylvania, the defendant, JOEY LEROY BARTON, did knowingly receive and attempt to receive a visual depiction, namely, a digital image of Minor A, a male child known to the grand jury, the production of which involved the use of a minor engaging in sexually explicit conduct, as those terms are defined in Title 18, United States Code, Section 2256, and which depicted a minor engaging in sexually explicit conduct, from Minor A, and said visual depiction was transported and transmitted using any means and facility of interstate commerce.

In violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## **COUNT THREE**

The grand jury further charges:

On or about April 10, 2019, in the Western District of Pennsylvania and elsewhere, the defendant, JOEY LEROY BARTON, knowingly attempted to and did employ, use, persuade, induce, entice, and coerce Minor A, a male child known to the grand jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, to wit a digital image depicting Minor A engaged in sexually explicit conduct, as those terms are defined in Title 18, United States Code, Section 2256, knowing or having reason to know that said visual depiction would be transported and transmitted using any means or facility of interstate commerce, and said visual depiction was transported and transmitted using any means and facility of interstate commerce, to wit from Minnesota, the state in which the image was created, to Pennsylvania.

In violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT FOUR

The grand jury further charges:

On or about April 10, 2019, in the Western District of Pennsylvania, the defendant, JOEY LEROY BARTON, did knowingly receive and attempt to receive a visual depiction, namely, a digital image of Minor A, a male child known to the grand jury, the production of which involved the use of a minor engaging in sexually explicit conduct, as those terms are defined in Title 18, United States Code, Section 2256, and which depicted a minor engaging in sexually explicit conduct, from Minor A, and said visual depiction was transported and transmitted using any means and facility of interstate commerce.

In violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## **COUNT FIVE**

The grand jury further charges:

From on or about February 18, 2019, until on or about November 10, 2019, in the Western District of Pennsylvania and elsewhere, the defendant, JOEY LEROY BARTON, did use a facility or means of interstate commerce, specifically the Internet, to knowingly attempt to persuade, induce, entice, and coerce Minor A, a male child known to the grand jury, who had not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2422(b).

## FORFEITURE ALLEGATION

Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to defendant JOEY LEROY BARTON that in the event that defendant BARTON is convicted of any of Counts One through Five of this Indictment, defendant BARTON shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(3) and 2428(b)(1)(A), all property, real or personal, used or intended to be used to commit or to promote the commission of the offenses of conviction or any property traceable to such property.

A True Bill,

*[signature]*
FOREPERSON

*[signature]*
SCOTT W. BRADY
United States Attorney
PA ID No. 88352