IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Criminal No. 20-101 |
| | ) | |
| JOEY LEROY BARTON | ) | |

**DEFENDANT'S MEMORANDUM IN AID OF SENTENCING**

AND NOW, comes the defendant, Joey Leroy Barton by his attorney, and with respect to the above-captioned matter, he represents the following:

1. Incorporated herein by reference is the Joint Status Report which the United States and Mr. Barton filed on January 6, 2023.

2. A sentence which includes a 25 year term of imprisonment to be followed by a 12 year term of supervised release--to which the parties stipulated and agreed in the 11(c)(1)(C) plea agreement--is "sufficient but not greater than necessary" to comply with the purposes of sentencing which Congress specifies in 18 U.S.C. §3553(a), when considered in light of a) Mr. Barton's history and characteristics and b) the nature and circumstances of the offenses in this case.

3. In that regard, Mr. Barton was born on October 23, 1970, such that he will be--on January 27, 2023--52 years

old. He has been continuously in jail with respect to the offense conduct in this case since February 12, 2020.

    4.   The following computation reveals how old Mr. Barton will be upon release by the Bureau of Prisons (and placed on Supervised Release) if the term of imprisonment is 25 years, factoring in the prospect that Mr. Barton will earn time off for good behavior under 18 U.S.C. § 3624(b).  The following dates are based on his birthday, and his custody having commenced on February 12, 2020.  With 25 years, Mr. Barton will likely earn 1350 days off for good behavior. 25 years from February 12, 2020 will be February 12, 2045, reduced by 1350 days or 3 years and 8 months, it would be June 12, 2041 when Mr. Barton would be released at Age 70.

                                  Respectively submitted,

                                  ***S/Thomas Livingston***
                                  Thomas Livingston
                                  Attorney for Joey Lee Barton